

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                      (State)

Case number (If known): 19 - 20021  Chapter _____

FILED

JAN - 3 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

11:45 Am

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | LOA PROPERTIES INC. |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 26 - 0357019 |

4. **Debtor's address**

**Principal place of business**

7529 Sunset Ave
Number    Street

Suite M

Fair Oaks    CA    95628
City              State    ZIP Code

USA
County

**Mailing address, if different from principal place of business**

4349 Berrendo dr.
Number    Street

P.O. Box

Sacramento    CA    95864
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | None |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | *LOA PROPERTIES INC.* | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

— — — —

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                             MM / DD / YYYY

          District _____   When _____   Case number _____
                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

          District _____   When _____

                                                    MM / DD / YYYY

          Case number, if known _____

Debtor    _LOA PROPERTIES INC._       Case number (if known)_____
      Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
      Number       Street

_____

City       State       ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency _ARMSTRONG & ASSOCIATES_

Contact name _STEPHANIE MORRISROE_

Phone _816 235-7111_

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    _LOA PROPERTIES INC,_        Case number (*if known*)_____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▨ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▨ I have been authorized to file this petition on behalf of the debtor.

- ▨ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _01/03/19_
         MM / DD / YYYY

✗ _[signature]_        _Vujadin Jovic_
Signature of authorized representative of debtor    Printed name

Title   _PRESIDENT_

**18. Signature of attorney**

✗ _____    Date _____
Signature of attorney for debtor          MM / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____    State _____   ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **4**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on 01/03/2019.

    a. Total assets                           $ 2,875

    b. Total debts (including debts listed in 2.c., below)     $ 621,000

    c. Debt securities held by more than 500 holders

                                                  Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
secured ☐   unsecured ☐   subordinated ☐   $ _____   _____

    d. Number of shares of preferred stock            _____
    e. Number of shares common stock             _____

    Comments, if any: _____

_____

3. Brief description of debtor's business: ___RE COMMERCIAL OFFICE BUILDING___

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
___VUJADIN JOVIC___
___JOHN MARSHALL___

_____

Official Form 201A         Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA**

In re　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )　　　　　Case No.
　　　　　　　　　　　　　　　 )
　　　　　　Debtor(s).　　　 )
_____ )

## VERIFICATION OF MASTER ADDRESS LIST

　　　I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

　　　I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

　　　I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: _01 / 03 / 2019_____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

DATED:_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor's (if any) Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Modesto Division**
**Mailing Address:**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Physical Address:**
**1200 I Street, Suite 4**
**Modesto, CA 95354**

**Fresno Division**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721**

EDC 2-100 (Rev. 7/15/14)