Filed 01/07/19                    Case 19-20021                    Doc 9

**L154 Notice of Payment Due**  (v.5.14)                                                                    **USBC,EDCA**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE OF PAYMENT DUE

| | |
|---|---|
| **In re**<br>LOA PROPERTIES INC.<br><div align="right">**Debtor(s).**</div> | **Case Number**<br>**19–20021 – C – 11** |

The fee for a document filed by you was not paid in full at the time of filing. The document was entered on the docket on 01/03/2019. Full payment of fees is expected the same calendar day documents are filed. The required fee is now **DUE AND PAYABLE**.

**For Parties without an Attorney:** If the fee is not paid within three business days, the Clerk's Office will issue an Order to Show Cause for Failure to Pay Fees and set a hearing date. If you do not pay the fee before the hearing date, the court may take additional action at the hearing.

To pay the fee that is due, you may hand deliver your payment of cash (exact change only), money order or cashier's check to the Clerk's Office at the address below. You may also mail a money order or cashier's check to the same address. PLEASE DO NOT SEND CASH THROUGH THE MAIL. If you are unsure how much you owe to the court, you can contact the Clerk's office at the phone number at the bottom of the page.

**For Attorneys:** If your document was e–Filed, you may make your payment through the court's eCalWebFiling. If the fee is not paid within three business days, the Clerk's Office will issue an Order to Show Cause for Failure to Pay Fees and set a hearing date.

If you are unable to complete the payment transaction, or if you dispute the propriety or the amount of the fee due, please call the Finance Department at (916) 930–4437 during regular business hours.

If you need more information regarding this notice, you may view cases electronically through a PACER account or obtain Filing and Fee information from our web site at www.caeb.uscourts.gov.

Dated:   1/7/19

FOR THE COURT
Wayne Blackwelder Clerk,
BY: auto , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400

\* For your own protection, DO NOT send cash through the mail.