SCHEER LAW GROUP, LLP
JOSHUA L. SCHEER #242722
26522 La Alameda, Suite 205
Mission Viejo, CA 92691
Telephone: (949) 263-8757
Facsimile: (949) 209-3320
jscheer@scheerlawgroup.com
GW.100-018S

Attorneys for:
ALLRISE FINANCIAL GROUP, INC, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

LOA PROPERTIES INC.,

Debtor(s).

Bk. No. 19-20021

Chapter 11

REQUEST FOR SPECIAL NOTICE

Attorneys for ALLRISE FINANCIAL GROUP, INC, its successors and/or assignees requests that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

ALLRISE FINANCIAL GROUP, INC, its
successors and/or assignees
c/o SCHEER LAW GROUP, LLP
26522 La Alameda, Suite 205
Mission Viejo, CA 92691

SCHEER LAW GROUP, LLP

DATED: January 9, 2019

/s/ JOSHUA L. SCHEER
#242722

1

SCHEER LAW GROUP, LLP
JOSHUA L. SCHEER #242722
26522 La Alameda, Suite 205
Mission Viejo, CA 92691
Telephone: (949) 263-8757
Facsimile: (949) 209-3320
jscheer@scheerlawgroup.com
GW.100-018S

Attorneys for:
ALLRISE FINANCIAL GROUP, INC, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Bk. No. 19-20021 |
| LOA PROPERTIES INC., | Chapter 11 |
| Debtor(s). | CERTIFICATE OF SERVICE BY MAIL |

I, Florence Huynh, declare that:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 26522 La Alameda, Suite 205, Mission Viejo, CA 92691.

On January 9 , 2019, I served the within REQUEST FOR SPECIAL NOTICE on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Mission Viejo, California, addressed as follows:

///

///

///

///

1

**DEBTOR**
LOA Properties Inc.
4349 Berrendo Dr.
Sacramento, CA 95864

**U.S. TRUSTEE**
Office of the U.S. Trustee
501 I Street, Room 7-500
Sacramento, CA 95814

[ X ]   (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Mission Viejo, California.

[   ]   (By Mail [State]) I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[   ]   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[ X ]   Executed on January 9 , 2019, at Mission Viejo, California.

[ X ]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]   (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

Florence Huynh

2