MOTION TO DISMISS

CASE NUMBER 19-20021-C-11
DEBTOR NAME & ADRESS LOA PROPERTIES INC.
4349 BERRENDO DRIVE SACRAMENTO CA 95864

TO HONORABLE JUDGE ASSIGNED IN THE ABOVE
REFERENCED CASE I REQUEST THAT BANKRUPTCY FILING
BE DISMISSED. WE WERE ABLE TO RE ORGANIZE
OUR FINANCES AND COME TO TERMS WITH OUR
CREDITOR.

TRUTHFULLY YOURS
Vusadin Jovic
VUSADIN JOVIC PRESIDENT/LOA PROPERTIES INC.

FILED
JAN 30 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA